132

record appellee's failure to pursue legal actions does not compel a conclusion that her conduct in attempting to maintain parental contact with her son was unreasonable. As this Court stated in *Adoption of S.H.*, where a parent makes reasonable attempts to overcome obstacles created by the party seeking to terminate parental rights, "a mere showing that the [parent] could conceivably have pursued legal action more promptly cannot justify termination of [parental] rights." *Adoption of S.H.*, 476 Pa. 608, 616, 383 A.2d 529, 533 (1978); see also *Adoption of McAhren*, 460 Pa. 63, 331 A.2d 419 (1975).*

The decree of the Orphans' Court Division of the Court of Common Pleas of Lancaster County is affirmed.

Each party pay own costs.

MANDERINO, J., did not participate in the decision of this case.

408 A.2d 1391

**In re ESTATE of Ida M. HETRICK, Deceased, Late of the City of Altoona, Blair County, Pennsylvania (two cases).**

**Appeal of Jane BEHRENDT et al.**

**Appeal of Naomi A. DeCONNA.**

Supreme Court of Pennsylvania.

Argued Sept. 20, 1979.

Decided Jan. 7, 1980.

---

* Appellants argue that the child's welfare would be best encouraged by granting the petition to adopt. Their argument is premature. A decree terminating the rights of the natural parents must be entered prior to the consideration of the child's best interests with respect to who might become the adoptive parent(s). See *In re Adoption of R.I.*, 468 Pa. 287, 361 A.2d 294 (1976), cert. denied, 429 U.S. 1032, 97 S.Ct. 722, 50 L.Ed.2d 743 (1977); *Adoption of Young*, 469 Pa. 141, 364 A.2d 1307 (1976).

John Woodcock, Jr., Hollidaysburg, for appellant at No. 71 and for appellee at No. 78.

John W. Taylor, Ebensburg, for appellant at No. 78 and for appellee at No. 71.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## ORDER

The record in these cases is directed to be returned to the trial court for further proceedings designed to provide a final resolution of these cases.

409 A.2d 1

**Richard GEORGE**

**v.**

**Dorothy GEORGE, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1979.

Decided Dec. 21, 1979.

